RECORD NO. 25-1659

IN THE

# United States Court of Appeals
## FOR THE FOURTH CIRCUIT

John Eichin,

           *Plaintiff - Appellant,*

v.

Ethicon Endo Surgery, LLC

           *Defendants - Appellees.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

**APPELLANT'S MOTION FOR EXTENSION OF TIME
TO FILE BRIEF**

Brandon Carson Hall
Hart, David, Carson, LLP
141 Traction Street, Suite 2136
Greenville, SC 29611
864-777-9533
bhall@hartdavidcarson.com

*Counsel for Appellant*

The appellant respectfully moves this Court for a 21-day extension of time to file his response and reply brief. The appellant's current deadline is August 18, 2025. With the requested extension, the appellant's new deadline would be September 8, 2025. The appellee's new deadline is September 29, 2025. The reply brief for the appellant would be due on Monday, October 20, 2025.

Counsel has been working diligently to prepare the appellant's brief, which must address numerous errors of law made by the District Court. Counsel's associate attorney, who has helped prepare the brief will be out on maternity leave beginning the last week of July. Other counsel for Mr. Eichin will also be out of the office for several weeks at the end of July through the middle of August. Because the appellants have encountered conflicts that will affect the brief being timely completed by the middle of August, appellant humbly prays this court to grant its one-time request for extension.

Counsel for appellant has consulted with counsel for the appellee. Counsel for appellee does not oppose this motion.

                                                Respectfully submitted,

                                                *s/ Brandon C. Hall*
                                                Brandon C. Hall-
                                                141 Traction Street, Suite 2136
                                                Greenville, South Carolina 29611
                                                (864) 777-9533(telephone)
                                                (864) 335-8881 (facsimile)
                                                bhall@hartdavidcarson.com